file:///C|/Users/Karlen%20R.%20Covey/Documents/CLIENTS/DOLINAJEC,%20Michael%20&%20Sylvia/Chapter%207/Creditor%20Matrix.txt

Case 13-13067    Doc 1    Filed 03/29/13    Entered 03/29/13 13:32:36    Desc Main
Document    Page 1 of 2

CarMax Auto Finance
1849
225 Chastain Meadows Ct NW
Kennesaw, GA 30144-5841

Capital One
7740
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285

Chase
0704
P.O. Box 15298
Wilmington, DE 19850

Chase
0704
c/o ARS
PO Box 469046
Escondido, CA 92029-9046

Citgo
5140
PO Box 6401
Sioux Falls, SD 57117

Discover
7325
PO Box 30943
Salt Lake City, UT 84130

Discover
7325
c/o Nationwide Credit, Inc.
1150 E. University Dr., First Floor
Tempe, AZ 85281-8674

Educap, Inc.
2133
1676 International Dr
McLean, VA 22102-4832

file:///C|/Users/Karlen%20R.%20Covey/Documents/CLIENTS/DOLINAJEC,%20Michael%20&%20Sylvia/Chapter%207/Creditor%20Matrix.txt

Case 13-13067    Doc 1    Filed 03/29/13    Entered 03/29/13 13:32:36    Desc Main
Document    Page 2 of 2

Loan to Learn
2133
21680 Ridgetop Circle
Sterling, VA 20166

Fifth Third Bank
0473
1 Village Road Box 30
Batesville, IN 47006-9277

Kohl's
1752
PO Box 2983
Milwaukee, WI 53201-2983

Interal Revenue Service
5341
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA 19114

QVC, Inc.
8596
1200 Wilson Drive at Studio Park
West Chester, PA 19380

Sallie Mae, Inc.
2008
P.O. Box 9500
Wilkes-Barre, PA 18773-9500

Sallie Mae, Inc.
2008
P.O. Box 9500
Wilkes-Barre, PA 18773-9500

SLC Student Loan Trust
3538482XXXX
701 E. 60th St N
Sioux Falls, SD 57104-0432